No. 2044. TWIGGS *v.* AUGUSTA SAVINGS BANK. November Term, 1886. Where a creditor has attached property of the principal debtor sufficient to pay the debt, and then releases its lien, the surety is thereby discharged.